IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br><br>Arthur Colin Summers<br>Case No. 1:15-cv-02069 | |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: January 16, 2026.

By: */s/ Teresa C. Toriseva*
    Teresa C. Toriseva
    TORISEVA LAW
    1446 National Road
    Wheeling, WV 26003
    Phone: (304) 238-0066
    Fax: (304) 238-0149
    Email: justice@torisevalaw.com

***Attorney for Plaintiff***

By: */s/ Andrea Roberts Pierson*
    Andrea Roberts Pierson
    Faegre Drinker Biddle & Reath, LLP
    300 North Meridian Street, Suite 2500
    Indianapolis, IN 46204
    Phone: (317) 237-0300
    Fax: (317) 237-1000
    andrea.pierson@faegredrinker.com

***Attorney for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<em>/s/ Andrea Roberts Pierson</em>