IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Arthur Colin Summers
Case No. 1:15-cv-02069

> ACKNOWLEDGED. Case is dismissed with prejudice.
> DATED: Jan 21, 2026
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  January 16, 2026.

By: */s/ Teresa C. Toriseva*
Teresa C. Toriseva
TORISEVA LAW
1446 National Road
Wheeling, WV 26003
Phone: (304) 238-0066
Fax: (304) 238-0149
Email: justice@torisevalaw.com

*Attorney for Plaintiff*

By: */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
Faegre Drinker Biddle & Reath, LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax: (317) 237-1000
andrea.pierson@faegredrinker.com

*Attorney for Defendants*